# UNITED STATES DISTRICT COURT

## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 4:11MJ3014  (NE) |
| | ) | 5:10CR50116 (SD) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **TROY M. BULL,** | ) | |
| | ) | Magistrate Judge Cheryl R. Zwart |
| Defendant. | ) | |

# RULE 32.1 ORDER

A Petition and Warrant having been filed in the district court for the Western District of South Dakota charging the above-named defendant with 18:228(a)(3) and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.32.1.

The defendant waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document;

The government did not move for detention. Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered.[1]

IT IS SO ORDERED.

DATED in Lincoln, Nebraska this 31st day of January, 2013.

                                              s/ Cheryl R. Zwart
                                              Cheryl R. Zwart
                                              United States Magistrate Judge

---

[1] The defendant was advised to contact his public defender in South Dakota so that, if permitted, his initial appearance could be done by videoconference. Defendant's Nebraska public defender is willing to assist with arranging the Nebraska side of any scheduled hearing by videoconference.